```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

JEFFREY AMITIN,                )
                               )
            Plaintiff,         )
                               )
     vs.                       )     No. 4:07-CV-0604 (CEJ)
                               )
BARD ACCESS SYSTEMS, INC.,     )
                               )
            Defendant.         )

## ORDER

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal, without prejudice, of this action, in accordance with the parties' joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

The parties shall bear their own costs.

                                    _____
                                    CAROL E. JACKSON
                                    UNITED STATES DISTRICT JUDGE

Dated this 13th day of June, 2007.